UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH M. ANDAL, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>   v.<br><br>CELERA CORPORATION, QUEST DIAGNOSTICS INCORPORATED, SPARK ACQUISITION CORPORATION, RICHARD H. AYERS, JEAN-LUC BELINGARD, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL K. NAUGHTON, KATHY ORDONEZ, WAYNE I. ROE, AND BENNET M. SHAPIRO,<br><br>                  Defendants. | Case No.: 11-CV-01769-LHK<br><br>ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c) |

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *McCreary v. Celera Corp.,* et al., 3:11-cv-01618-SC, for determination whether the cases are related. This Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d). The Case Management Conference set for July 20, 2011 is hereby VACATED.

1

Case No.: 11-CV-01769-LHK
ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)

1 **IT IS SO ORDERED.**

2 Dated: July 18, 2011



3 LUCY H. KOH
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 11-CV-01769-LHK
ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)