IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH M. ANDAL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CELERA CORPORATION, QUEST DIAGNOSTICS CORPORATION, SPARK ACQUISITION CORPORATION, RICHARD H. AYERS, JEAN-LUC BELINGARD, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL K. NAUGHTON, KATHY ORDONEZ, WAYNE I. ROE, and BENNET M. SHAPIRO,<br><br>      Defendants. | Case No. 11-1769 SC<br><br>ORDER RELATING CASES AND <u>STAYING CASE</u> |

    Pursuant to Civil Local Rule 3-12(c), this case has been referred to the Court by District Court Judge Lucy H. Koh for determination whether it is related to <u>McCreary v. Celera Corp.</u>, No. 11-1618.  ECF No. 6.  The time for filing an opposition or statement of support has passed.  The Court, having considered the papers and pleadings on file, determines that the cases are related.  Pursuant to Civil Local Rule 3-12(f), the Court ORDERS that <u>Andal v. Celera</u>, No. 11-1769 shall be REASSIGNED to the Court and RELATED to <u>McCreary v. Celera Corp.</u>, No. 11-1618.

On April 11, 2011, the Court issued an order staying <u>McCreary v. Celera Corp.</u>, pending the outcome of <u>In re Celera Corp. Shareholder Litig.</u>, Consol. C.A. No. 6304-VCP ("Delaware Action"), which is currently pending before the Delaware Court of Chancery. <u>See</u> Case No. 11-1618, ECF No. 18.  For the same reasons stated therein, the Court hereby STAYS <u>Andal v. Celera</u>, No. 11-1769 pending the outcome of the Delaware Action.

The parties shall appear for a Case Management Conference on November 18, 2011, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.  A joint case management statement should be filed no later than seven (7) days prior to the Case Management Conference.  It should address whether the stay should remain in effect or be lifted and other appropriate deadlines.

IT IS SO ORDERED.

Dated: July 22, 2011

UNITED STATES DISTRICT JUDGE

2